**Motion granted, appeal dismissed, and Memorandum Opinion filed January 25, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00002-CV

### CITY OF HOUSTON, TEXAS, Appellant

### V.

### HOUSTON PROFESSIONAL FIRE FIGHTERS' ASSOCIATION, LOCAL 341, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-42885**

## MEMORANDUM OPINION

This appeal is from an interlocutory order signed December 11, 2023 denying appellant's plea to the jurisdiction. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(8). On January 4, 2024, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal. Costs are taxed against appellant. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.